**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, | Case No. CV 20-0246 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALPHA CAR CENTER, INC., et al., | |
| Defendants. | |

Pursuant to the court's Order Re: Motions for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment is hereby entered in favor of plaintiff BASF Corporation ("plaintiff"), and against defendants Alpha Car Center, Inc. and Tommy Lee (collectively, "defendants").

2. Defendants Alpha Car Center, Inc. and Tommy Lee, jointly and severally, shall pay plaintiff the amount of $40,400.00, which is comprised of: (1) damages for breach of contract in the amount of $40,000.00; and (2) litigation costs in the amount of $400.00

3. Defendant Tommy Lee shall pay plaintiff the additional amount of $72.50 for service of process costs.

4. Defendant Alpha Car Center, Inc. shall pay plaintiff the additional amount of $290.00 for service of process costs.

5. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 20th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge